948 A.2d 156

IN THE MATTER OF JOHN D. ORTH, AN ATTORNEY AT LAW.

May 16, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–316, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOHN D. ORTH** of **RIVER EDGE**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.15(b) (failure to promptly deliver funds to third party), *RPC* 1.15(d) and *Rule* 1:21–6(a)(1) (commingling of personal and client funds), *RPC* 1.15(d), *Rule* 1:21–6(a)(2), *Rule* 1:20–1(c) (failure to update attorney registration information, failure to maintain business account, and payment of personal expenses with trust account checks), *RPC* 8.1(b) and *Rule* 1:20–3(g)(3) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JOHN D. ORTH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.